UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**KATHERINE BETHEA**  :  **CIVIL ACTION NO.  2:22-CV-01740**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**  :  **MAGISTRATE JUDGE KAY**

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice.

**THUS DONE AND SIGNED** in Chambers this 17th day of January, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE